# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2018

## NO. 03-18-00193-CV

**Fred Meyers and Amy Colleen Knight, Appellants**

**v.**

**TrustTexas Bank, S.S.B. and ITCOA, LLC d/b/a Independence Title Company, Appellees**

### APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES FIELD, TOTH, AND SHANNON
### AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment signed by the trial court on March 5, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.